AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

ORIGINAL

Report Required by the Ethics
n Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whittemore, James D | USDC - MDFL - Tampa | 7/31/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 801 N. Florida Ave. Suite 13B Tampa, Florida 33602 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State of Florida Retirement (vested as of 2/1/98); no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FLABOTA | 7/15 - 7/16 - FLABOTA's Annual Meeting in Coral Gables, Florida. Attended dinner/award ceremony. FLABOTA provided hotel room and dinner. |
| 2. First Amendment Center/The Freedom Forum | 11/14 - 11/15 - Justice & Journalism Seminar in Nashville, TN. FAC provided all expenses, including airfare, meals, hotel and parking. |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Linda Starr (Court Reporter) | Two (2) tickets to the Tampa Bay Lightning hockey game | $ 353.50 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Equitable Life | Loan against cash value of life insurance policy | K |
| 2. American Express | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 7/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Union Securities - First Trust SPCL SIT In Growth | | None | | | Redemption | 1/20 | J | | |
| 2. Amgen, Inc. Common Stock (IRA) | | None | K | T | | | | | |
| 3. Van Kampen Focus 209 Portfolios UIT (IRA) | | None | | | Redemption | 2/18 | J | | |
| 4. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 5. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 6. Time Warner, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 7. First Trust SPCL SIT (IRA) | A | Interest | | | Redemption | 3/18 | J | | |
| 8. First Trust Port 411 Semiconductor Growth UIT (IRA) | | None | | | Redemption | 2/18 | J | | |
| 9. VKFP Telecommunication and Bandwidth Trust UIT (IRA) | A | Interest | | | Redemption | 2/18 | J | | |
| 10. Bank Sweep Deposit (Mny Mkt)(Wachovia Sec.)(X) | A | Interest | J | T | | | | | |
| 11. First Trust Port 422 Pharmaceutical Port UIT (IRA) | A | Dividend | | | Redemption | 3/18 | J | | |
| 12. Nektar Therapeutics Common Stock (IRA) | | None | J | T | | | | | |
| 13. Lucent Technologies, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 14. Microsoft Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 15. Van Kampen Focus 209 Portfolios UIT (IRA) | A | Interest | | | Redemption | 2/18 | J | | |
| 16. Intel Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 17. AmerisourceBergen (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 7/31/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank Sweep Deposit (Mny Mkt)(Wachovia Sec.)(X) | A | Interest | J | T | | | | | |
| 19. CIGNA Corporation 401K | C | Dividend | L | T | | | | | |
| 20. CIGNA Corporation Pension Plan | C | Interest | L | T | | | | | |
| 21. Trust # 1 | E | | M | T | | | | | |
| 22. --Valiant Fund Money Mkt. ▆▆▆ Trust) | | | | | | | | | |
| 23. --Condo #1 (Hillsborough County, Florida) | | | | | | | | | |
| 24. --Condo #2 (Hillsborough County, Florida) | | | | | | | | | |
| 25. --Vanguard GNMA Fund (Mut Fnd) | | | | | Partial Sale | 8/2 | J | | |
| 26. | | | | | Sell | 11/29 | J | | |
| 27. --Ishares Cohen & Steers Realty Majors Index Fund | | | | | Sell | 1/27 | J | | |
| 28. --Select Sector SPDR-Materials (Common) | | | | | Sell | 6/21 | J | | |
| 29. --Ishares GS Investop Corp. Bond Fund | | | | | Partial Sale | 7/11 | J | | |
| 30. | | | | | Buy | 8/30 | J | | |
| 31. --Select Sector SPDR - Technology (Common) | | | | | Partial Sale | 6/21 | J | | |
| 32. | | | | | Sell | 7/11 | J | | |
| 33. --Select Sector SPDR - Healthcare (Common) | | | | | Sell | 7/11 | J | | |
| 34. --Selector Sector SPDR-Consumer Staples (Common) | | | | | Sell | 7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 7/31/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ishares Lehman Aggregate Bond Fund | | | | | Sell | 8/30 | K | | |
| 36. --Select Sector SPDR - Financial (Common) | | | | | Partial Sale | 6/21 | J | | |
| 37. | | | | | Sell | 7/11 | J | | |
| 38. --Select Sector SPDR - Industrial (Common) | | | | | Sell | 7/11 | J | | |
| 39. --Select Sector SPDR - Consumer Discretionary (Common) | | | | | Sell | 7/11 | J | | |
| 40. --Ishares DJ Select Div Index Fund | | | | | Buy | 7/11 | J | | |
| 41. | | | | | Buy | 8/30 | J | | |
| 42. | | | | | Partial Sale | 11/23 | J | | |
| 43. --Ishares Lehman Treas Inf PR S Fund | | | | | Buy | 8/30 | J | | |
| 44. ▓▓▓▓ 401K | A | Dividend/ Interest | J | T | | | | | |
| 45. Wachovia Bank Accts. | A | Interest | J | T | | | | | See note in Part VIII |
| 46. Bay Gulf Credit Union Accts. | A | Interest | J | T | | | | | |
| 47. Trust #2 | D | | O | T | | | | | |
| 48. --Wachovia Bank Acct. | | | | | | | | | See note in Part VIII |
| 49. --Rental Property #I (Bay County, Florida) (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 7/31/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Line 44 -- Southtrust Bank changed its name to Wachovia Bank.

2. Part VII, Line 47, (Trust #2) -- Southtrust Bank changed its name to Wachovia Bank

3. Part VII - In the 2004 Report, page 1, line 10; the asset "AVAYA, Inc. Common Stock (IRA) was previously listed but is exempt from disclosure in the 2005 report due to reduction in income and value.

4. Part VII, Line 22, (Trust #1) -- Valiant Fund Money Mkt. (United Bank) -- name changed to ███ Trust) through merger.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date____ 7-31-06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Whittemore, James D | 2. Court or Organization<br><br>USDC - MDFL - Tampa | 3. Date of Report<br><br>05/18/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>801 N. Florida Ave.<br>Suite 13B<br>Tampa, Florida 33602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED 2006 MAY 19 AM 11 27

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State of Florida Retirement (vested as of 2/1/98); no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{\text{X}}$  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\square$  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ▬▬▬ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\square$  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FLABOTA | 7/15 - 7/16 - FLABOTA's Annual Meeting in Coral Gables, Florida. Attended dinner/award ceremony. FLABOTA provided hotel room and dinner. |
| 2. First Amendment Center/The Freedom Forum | 11/14 - 11/15 - Justice & Journalism Seminar. FAC provided all expenses, including airfare, meals, hotel and parking. |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Linda Starr (Court Reporter) | Two (2) tickets to the Tampa Bay Lightning hockey game | $ 353.50 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Equitable Life | Loan against cash value of life insurance policy | K |
| 2. American Express | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Union Securities - First Trust SPCL SIT In Growth | | None | | | Redemption | 1/20 | J | | |
| 2. Amgen, Inc. Common Stock (IRA) | | None | K | T | | | | | |
| 3. Van Kampen Focus 209 Portfolios UIT (IRA) | | None | | | Redemption | 2/18 | J | | |
| 4. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 5. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 6. Time Warner, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 7. First Trust SPCL SIT (IRA) | A | Interest | J | T | Redemption | 3/18 | J | | |
| 8. First Trust Port 411 Semiconductor Growth UIT (IRA) | | None | | | Redemption | 2/18 | J | | |
| 9. VKFP Telecommunication and Bandwidth Trust UIT (IRA) | A | Interest | | | Redemption | 2/18 | J | | |
| 10. Bank Sweep Deposit (Mny Mkt)(X) | A | Interest | J | T | | | | | |
| 11. First Trust Port 422 Pharmaceutical Port UIT (IRA) | A | Dividend | | | Redemption | 3/18 | J | | |
| 12. Nektar Therapeutics Common Stock (IRA) | | None | J | T | | | | | |
| 13. Lucent Technologies, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 14. Microsoft Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 15. Van Kampen Focus 209 Portfolios UIT (IRA) | A | Interest | | | Redemption | 2/18 | J | | |
| 16. Intel Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 17. AmerisourceBergen (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank Sweep Deposit (Mny Mkt)(X) | A | Interest | J | T | | | | | |
| 19. CIGNA Corporation 401K | C | Dividend | L | T | | | | | |
| 20. CIGNA Corporation Pension Plan | C | Interest | L | T | | | | | |
| 21. Trust # 1 | E | Div/Int/ Rent | M | T | | | | | |
| 22. --Condo #1 (Hillsborough County, Florida) | | | | | | | | | |
| 23. --Condo #2 (Hillsborough County, Florida) | | . | | | | | | | |
| 24. --Vanguard GNMA Fund (Mut Fnd) | | | | | Partial Sale | 8/2 | J | | |
| 25. | | | | | Sell | 11/29 | J | | |
| 26. --Ishares Cohen & Steers Realty Majors Index Fund | | | | | Sell | 1/27 | J | | |
| 27. --Select Sector SPDR-Materials (Common) | | | | | Sell | 6/21 | J | | |
| 28. --Ishares GS Investop Corp. Bond Fund | | | | | Partial Sale | 7/11 | J | | |
| 29. | | | | | Buy | 8/30 | J | | |
| 30. --Select Sector SPDR - Technology (Common) | | | | | Partial Sale | 6/21 | J | | |
| 31. | | | | | Sell | 7/11 | J | | |
| 32. --Select Sector SPDR - Healthcare (Common) | | | | | Sell | 7/11 | J | | |
| 33. --Selector Sector SPDR-Consumer Staples (Common) | | | | | Sell | 7/11 | J | | |
| 34. --Ishares Lehman Aggregate Bond Fund | | | | | Sell | 8/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Select Sector SPDR - Financial (Common) | | | | | Partial Sale | 6/21 | J | | |
| 36. | | | | | Sell | 7/11 | J | | |
| 37. --Select Sector SPDR - Industrial (Common) | | | | | Sell | 7/11 | J | | |
| 38. --Select Sector SPDR - Consumer Discretionary (Common) | | | | | Sell | 7/11 | J | | |
| 39. --Ishares DJ Select Div Index Fund | | | | | Buy | 7/11 | J | | |
| 40. | | | | | Buy | 8/30 | J | | |
| 41. | | | | | Partial Sale | 11/23 | J | | |
| 42. --Ishares Lehman Treas Inf PR S Fund | | | | | Buy | 8/30 | J | | |
| 43. ▓▓▓▓▓▓ 401K | A | | J | T | | | | | |
| 44. Wachovia Bank Accts. | A | Interest | J | T | | | | | See note in Part VIII |
| 45. Bay Gulf Credit Union Accts. | A | Interest | J | T | | | | | |
| 46. Trust #2 | D | Int./Rent | O | T | | | | | |
| 47. --Wachovia Bank Acct. | | | | | | | | | See note in Part VIII |
| 48. --Rental Property #1 (Bay County, Florida) (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Line 44 -- Southtrust Bank changed its name to Wachovia Bank.

2. Part VII, Line 47, (Trust #2) -- Southtrust Bank changed its name to Wachovia Bank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/18/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544